UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHAWN M. PETERS,

    Plaintiff,

v.

                              File no: 1:05-CV-610

COMMISSIONER OF
SOCIAL SECURITY,                  HON. ROBERT HOLMES BELL

    Defendant.
                             /

## ORDER APPROVING MAGISTRATE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

NOW THEREFORE, the Report and Recommendation is hereby adopted as the opinion of the Court.

THEREFORE, IT IS ORDERED that:

Plaintiff's motion for attorney fees (docket #17) is hereby **GRANTED** in the amount of $4,155.00.


Dated:  January 29, 2007             /s/ Robert Holmes Bell
                                                     ROBERT HOLMES BELL
                                                     CHIEF UNITED STATES DISTRICT JUDGE